

**U.S. Department of Justice**

Eastern District of California

United States Attorney

*McGregor W. Scott*
*United States Attorney*

*501 I Street, Suite 10-100*                                    916/554-2700

*Sacramento, California  95814*                          Fax 916/554-2900
                                                                              TTY 916/554-2855

December 7, 2005

Honorable Gregory G. Hollows
U. S. Magistrate Judge
501 I Street
Sacramento, California  95814

    Re:  United States v. Joseph Clarence Benson
         Magistrate # 05-006-GGH
         <u>Unlawful Flight to Avoid Prosecution</u>

Dear Magistrate Hollows:

    There was filed before you, on January 12, 2005, a complaint for unlawful flight to avoid prosecution.

    We have been notified by the Federal Bureau of Investigation that the subject was located and arrested in Kenya and was transported back to the United States through New York.  He was transferred to the custody of local authorities.

    Therefore, we respectfully request that the complaint be dismissed and the warrant recalled.

                              Very truly yours,

                              McGREGOR W. SCOTT
                              United States Attorney


                              By <u>/S/THOMAS E.FLYNN</u>
                                 THOMAS E. FLYNN
                              Assistant U.S. Attorney

IT IS SO ORDERED: 12/12/05

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
United States Magistrate Judge
benson06.ord